IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

06 MAY -1  PM 4: 00

TEXAS-EASTERN

BY____ _____ _____

| | | |
|---|---|---|
| MICHAEL LYNN SMITH | § | |
| VS. | § | CIVIL ACTION NO. 4:05cv371 |
| GARY JOHNSON, ET AL. | § | |

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Lynn Smith, an inmate at the Beto I Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends plaintiff's complaint be dismissed as barred by 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. Plaintiff has failed to state, with specificity, any factual basis for his allegations of being in imminent danger of serious physical injury.

## O R D E R

Accordingly, petitioner's objections are **OVERRULED**.   The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.   A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this 27th day of April_____, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE